UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

ROBERT T. MATSUI FEDERAL COURTHOUSE

| | |
|---|---|
| LELAND MCCALL<br><br>PLAINTIFF,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, AND DOES I THROUGH 10 INCLUSIVE,<br><br>DEFENDANTS. | **Case #: 2:18-CV-01927 WBS-DB**<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE STATUS CONFERENCE**<br><br>**Hrg Date: January 28, 2019**<br>**Time: 1:30 p.m.**<br><br>Complaint Filed: July 12, 2018<br>Service Date: July 25, 2018<br>Response Date: September 25, 2018 |

PLAINTIFF, Leland McCall, (hereinafter referred to as PLAINTIFF) by and through his counsel and requested continuance of the Status Conference presently scheduled for January 28, 2019, at 1:30 p.m.

The Court having considered the request as well as the other pleadings on file in this matter hereby Orders as follows:

**IT IS HEREBY ORDERED** that the Status Conference be continued to **April 15, 2019 at 1:30 p.m.** A Joint Status Report shall be filed no later

Order on Ex Parte Application
2:18-CV-01927

than **April 1, 2019.**

**IT IS HEREBY FURTHER ORDERED** that plaintiff's counsel shall contact the assigned magistrate judge's courtroom deputy in order to obtain a hearing date on any default judgment motion filed once default has been entered by the Clerk.

**IT IS SO ORDERED:**

Dated: January 16, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE